IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID WAYNE PITMAN                                                                       PLAINTIFF

v.                                            3:09CV00100JMM/HLJ

DICK BUSBY, et al.                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED without prejudice for failure to state a claim.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this __11__ day of __August__, 2009.


_____
UNITED STATES DISTRICT JUDGE