IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID WAYNE PITMAN                                                              PLAINTIFF

v.                              3:09CV00100JMM/HLJ

DICK BUSBY, et al.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to state a claim. The relief sought is denied.

IT IS SO ADJUDGED this 11 day of August, 2009.


_____
UNITED STATES DISTRICT JUDGE